UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS,<br><br>    Plaintiff,<br><br>    v.<br><br>GROUNDWORKS CONTRACTING, INC. and JASON RICHTER,<br><br>    Defendants. | Case No. 19-cv-928-JPG |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the motion for default judgment filed by plaintiff Central Laborers' Pension, Welfare and Annuity Funds (Doc. 13). Having reviewed the file, the Court **GRANTS** plaintiff's Motion for Default Judgment (Doc. 13), and **DIRECTS** the Clerk of Court to enter judgment in favor of plaintiff Central Laborers' Pension, Welfare and Annuity Funds and against defendants Groundworks Contracting, Inc. and Jason Richter in the amount of:

- Six thousand, eight hundred fifty-one dollars and twenty-two cents ($6,851.22) for delinquent contributions, liquidated damages, and report form shortages; and

- One thousand, six hundred thirty dollars ($1,630.00) for the plaintiffs' just and reasonable attorneys' fees, costs and expenses;

for a total judgment of eight thousand, four hundred eighty-one dollars and twenty-two cents ($8,481.22).

**IT IS SO ORDERED.**
**DATED: December 9, 2019**

> s/ J. Phil Gilbert
> **J. PHIL GILBERT**
> **DISTRICT JUDGE**