UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CENTRAL LABORERS' PENSION, WELFARE
AND ANNUITY FUNDS,

       Plaintiff,

    v.

GROUNDWORKS CONTRACTING, INC. and
JASON RICHTER,

       Defendants.

Case No. 19-cv-928-JPG

## DEFAULT JUDGMENT

This matter having come before the Court, the defendants having failed to plead or otherwise defend, and default having been entered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment in this case is entered in favor of plaintiff Central Laborers' Pension, Welfare and Annuity Funds and against defendants Groundworks Contracting, Inc. and Jason Richter in the amount of:

- Six thousand, eight hundred fifty-one dollars and twenty-two cents ($6,851.22) for delinquent contributions, liquidated damages, and report form shortages; and

- One thousand, six hundred thirty dollars ($1,630.00) for the plaintiffs' just and reasonable attorneys' fees, costs and expenses;

for a total judgment of eight thousand, four hundred eighty-one dollars and twenty-two cents ($8,481.22).

**DATED:  December 10, 2019**

                              **MARGARET M. ROBERTIE, Clerk of Court**

                              **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**