UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS,<br><br>        Plaintiff,<br><br>  v.<br><br>GROUNDWORKS CONTRACTING, INC. and JASON RICHTER,<br><br>        Defendants. | Case No. 19-cv-928-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the plaintiff's motion to vacate the default judgment (Doc. 17) entered December 10, 2019 (Doc. 18). Although the plaintiff sought default judgment for a sum certain, it appears from the motion to vacate that it actually sought only an order for an accounting at this time, which it claims is necessary to determine the full amount due and owing to be reflected in the final judgment. Because the Court was mistaken as to nature of the relief sought in the motion for judgment, the Court **GRANTS** the motion to vacate (Doc. 18); pursuant to Federal Rule of Civil Procedure 60(b)(1), **VACATES** the order directing entry of judgment (Doc. 16) and the default judgment (Doc. 17); and **REINSTATES** the plaintiff's motion for default judgment (Doc. 13).

The Court further **RESERVES RULING** on the plaintiff's motion for default judgment (Doc. 13) pending the final determination of the total amount of delinquent contributions and liquidated damages, at which time the Court will grant the motion and enter default judgment in a sum certain pursuant to Rule 55(b). Such a determination requires an audit, as prayed for in the plaintiff's complaint. Therefore, the Court **ORDERS** the defendants to turn over the relevant payroll records to the plaintiff on or before January 31, 2020, for the purposes of an audit to

determine the amount of delinquent contributions and liquidated damages.  The Court further **ORDERS** the plaintiff to file on or before March 27, 2020, a supplement to the motion for default judgment setting forth the total amount of the award sought, along with sufficient admissible evidence attached to support every element of the requested amount.  The defendants shall have ten days from the service of the supplement to respond.  The Court further **ORDERS** the plaintiff to mail a copy of this order and its forthcoming supplement to each of the defendants at their last known address and to certify that such service has been accomplished.

**IT IS SO ORDERED.**
**DATED:  December 23, 2019**

               s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**